IN THE SUPREME COURT OF THE STATE OF DELAWARE

CHAUNCEY W. PINKSTON,           §
                                §    No. 291, 2020
    Defendant Below,            §
    Appellant,                  §
                                §
    v.                          §    Court Below–Superior Court
                                §    of the State of Delaware
STATE OF DELAWARE,              §
                                §    Cr. ID No. 1509012970 (N)
    Plaintiff Below,            §
    Appellee.                   §


Submitted:  October 28, 2020
Decided:  November 24, 2020

Before **VALIHURA**, **VAUGHN**, and **TRAYNOR**, Justices.

## **O R D E R**

After careful consideration of the appellant's opening brief, the State's motion to affirm, and the Superior Court record, we find it evident that the judgment below should be affirmed on the basis of and for the reasons assigned by the Superior Court in its August 26, 2020 order denying the appellant's motion for correction of illegal sentence.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/  James T. Vaughn, Jr.
Justice